AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| PAMELA FLEMING <br><br> *Plaintiff(s)* <br> v. <br> UNUM LIFE INSURANCE COMPANY OF AMERICA <br><br> *Defendant(s)* | Civil Action No. 8:17-cv-01576-CJC (JDEx) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNUM LIFE INSURANCE COMPANY OF AMERICA
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Glenn R. Kantor
Andrew M. Kantor
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 12, 2017                                            /s/ E. Liberato
                                                                                         *Signature of Clerk or Deputy Clerk*

