JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|   |   |
|---|---|
| PAMELA FLEMING,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No.: SACV 17-01576-CJC-JDE<br><br><br>JUDGMENT |

Pursuant to the Court's Memorandum of Decision after a bench trial finding in favor of Plaintiff and against Defendant, (Dkt. 41):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Pamela Fleming ("Plaintiff") shall have Judgment in her favor and against Defendant

UNUM Life Insurance Company of America ("UNUM") on her claim for long-term disability benefits.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that UNUM shall pay retroactive long-term disability benefits to Plaintiff from the date her benefits were terminated on September 23, 2016, through November 26, 2018 in the total amount of $107,662.24.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's long-term disability benefits under the Plan be reinstated.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that UNUM shall pay Plaintiff monthly long-term disability benefits after November 26, 2018 until such time Plaintiff no longer qualifies for benefits under the terms of the Plan.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff has demonstrated an entitlement to an award of interest on benefits due as of the date of judgment, and an award of attorneys' fees and costs. The parties shall meet and confer on the amount of interest and attorneys' fees and costs. I f the parties are unable to reach a resolution of the amounts of interest and attorneys' fees and costs owing, the Plaintiff shall file a motion within 30 days of the date of execution of the Judgment.

DATED: December 21, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE